952

No. 565, Misc. LYLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 687, Misc. CANTRELL *v.* FIELD, MENS COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 703, Misc. REEVES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 711, Misc. HAGINS *v.* REDEVELOPMENT COMMISSION OF GREENSBORO. Sup. Ct. N. C. Certiorari denied. *Samuel S. Mitchell* for petitioner.

No. 713, Misc. KING *v.* SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 722, Misc. COLEY *v.* BAILEY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 724, Misc. JONES *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 726, Misc. BLOCKYOU *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 727, Misc. HUNTER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 753, Misc. LUTSKY *v.* LUTSKY. Sup. Ct. Ala. Certiorari denied.